| | |
|---|---|
| 1 | Jillian R. O'Brien, CA Bar No. 251311 |
| 2 | jillian.obrien@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK & |
| 3 | STEWART, P.C.<br>Two Monument Square |
| 4 | Suite 703<br>Portland, Maine  04101 |
| 5 | Telephone:     207.387.2960<br>Facsimile:      207.387.2986 |
| 6 | Attorneys for Defendant |
| 7 | Hartford Life and Accident Insurance Company |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YURI CARDENAS, | Case No. 4:19-CV-00272-HSG |
| Plaintiff, | **STIPULATED MOTION TO DISMISS THE PLAN; ~~PROPOSED~~ ORDER** |
| v. | Complaint Filed:     January 16, 2019 |
| | Trial Date:              None Set |
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY and BITTORRENT, INC. LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 21, Defendants Group Long Term Disability and Life Plan for Employees of BitTorrent, Inc. ("the BitTorrent Plan") and Hartford Life and Accident Insurance Company and Plaintiff Yuri Cardenas stipulate to the dismissal of named Defendant the BitTorrent Plan, without prejudice, in the above-referenced matter.  As grounds for this stipulated motion to dismiss, the parties agree that the long-term disability benefits at issue in this case are fully insured by Defendant Hartford Life and Accident Insurance Company ("Hartford") pursuant to a long-term disability insurance policy issued to BitTorrent, Inc., ("the Policy"), and that Hartford is responsible for payment of all sums that may be due to Plaintiff under the Policy.  The parties

further agree that Hartford will not assert failure to name the BitTorrent Plan as a defense in this matter.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: February 26, 2019    FEINBERG, JACKSON, WORTHMAN & WASOW, LLP

By: /s/ Nina Wasow
    Nina Wasow

Attorneys for Plaintiff
Yuri Cardenas

DATED: February 26, 2019    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Jillian R. O'Brien
    Jillian R. O'Brien

Attorneys for Defendant
Hartford Life and Accident Insurance Company

DATED: February 26, 2019    TRUCKER HUSS, APC

By: /s/ Angel Garrett
    Angel Garrett

Attorneys for Defendant
Group Long Term Disability and Life Plan for Employees of BitTorrent, Inc.

2    Case No. 4:19-cv-00272-HSG
STIPULATED MOTION TO DISMISS THE PLAN & ~~PROPOSED~~ ORDER

**Certification Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I, Jillian R. O'Brien, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

Dated: February 26, 2019   By: /s/ Jillian R. O'Brien
                               Jillian R. O'Brien

**[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

Defendant Group Long Term Disability and Life Plan for Employees of BitTorrent, Inc. (erroneously named BitTorrent, Inc. Long Term Disability Plan) ("the BitTorrent Plan") is hereby dismissed from this action without prejudice.

Dated: February 27, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge