Jillian R. O'Brien (Cal. SBN 251311)
jillian.obrien@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Two Monument Square
Suite 703
Portland, ME 04101
Telephone: 207-387-2957
Facsimile: 207-387-2986

Attorneys for Defendant HARTFORD LIFE
AND ACCIDENT INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI CARDENAS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:19-CV-00272-HSG<br><br>**DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO ATTEND APRIL 23, 2019 CASE MANAGEMENT CONFERENCE VIA TELEPHONE & [PROPOSED] ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>CMC Date: April 23, 2019<br>Time: 2:00 P.M. |

Defendant Hartford Life and Accident Insurance Company ("Hartford") respectfully moves under Local Rule 7-11 for an order permitting its counsel, Jillian R. O'Brien, to attend the Case Management Conference set for Tuesday, April 23, 2019, at 2:00 P.M. (the "Conference") by telephone. In support of this request, Hartford states as follows:

1. Hartford understands the value of live participation in Court conferences in many instances. However, there are countervailing concerns in this case that make telephonic participation appropriate. Live participation at the Case Management Conference, which is likely to be fairly brief, would require travel to California and back, from defense counsel's office, which is located in Portland, Maine. In addition, defense counsel will be returning to Portland, Maine, from pre-planned travel abroad on April 22, 2019, making it difficult to travel to San Francisco on

April 23, 2019.  Defense counsel further believes that the expenditure of resources necessary for live participation in the Conference would be best directed toward efforts at resolving the case informally or through mediation.

    2.    Plaintiff's counsel, Nina Wasow, has stated that she does not object to Defendant's counsel appearing telephonically at the Conference.

    3.    Hartford consents to all parties participating telephonically, if the Court permits and Plaintiff so chooses.

**WHEREFORE**, Hartford respectfully requests permission for its counsel Jillian R. O'Brien to telephonically participate in the April 23, 2019 Case Management Conference.

DATED:  March 27, 2019                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Jillian R. O'Brien
Jillian R. O'Brien
Attorneys for Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

**[PROPOSED] ORDER**

Upon consideration of Defendant Hartford Life and Accident Insurance Company's Unopposed Administrative Motion for Leave to Attend the April 23, 2019 Case Management Conference via telephone, it is hereby ORDERED as follows:

1. The Unopposed Motion for Leave to Attend the Case Management Conference via Telephone is GRANTED;

2. Jillian R. O'Brien will be permitted to appear via telephone at the case management conference scheduled for April 23, 2019 at 2:00 p.m., as the representative of Hartford Life and Accident Insurance Company. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 3/28/2019

Haywood S. Gilliam, Jr.
United States District Judge