UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YURI CARDENAS,

        Plaintiff,

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

        Defendant.

Case No. 19-cv-00272-HSG

**SCHEDULING ORDER**

The parties submitted proposed schedules in their joint case management statement, *see* Dkt. No. 25, which they discussed with the Court at the April 23, 2019 case management conference, *see* Dkt. No. 26. Having considered the parties' proposals, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Date** |
|---|---|
| Mediation Deadline | June 28, 2019 |
| Rule 52 Cross-Motions | July 18, 2019 |
| Opposition Briefs | August 8, 2019 |
| Hearing on Cross-Motions | August 22, 2019 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 4/26/2019

                                                                                                 _____
HAYWOOD S. GILLIAM, JR.
United States District Judge