Nina Wasow (SBN 242047)
E-mail: nina@feinbergjackson.com
FEINBERG, JACKSON, WORTHMAN & WASOW, LLP
2030 Addison Street, Suite 500
Berkeley, California 94704
Tel: 510.269.7998   Fax: 510.269.7994

*Attorneys for Plaintiff Yuri Cardenas*

Jillian R. O'Brien (SBN 251311)
E-mail: jillian.obrien@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Two Monument Square, Suite 703
Portland, Maine 04101
Tel: 207.387.2960   Fax: 207.387.2986

*Attorneys for Defendant
Hartford Life & Accident Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI CARDENAS,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Case Number: 4:19-CV-00272-HSG<br><br>**STIPULATION OF DISMISSAL & ORDER** |

    WHEREAS, the above-captioned matter has been resolved;

    THEREFORE, IT IS STIPULATED AND AGREED, by the undersigned counsel for Plaintiff Yuri Cardenas, on the one hand, and undersigned counsel for Defendant Hartford Life

& Accident Insurance Company, on the other hand, that Plaintiff dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER AGREED that except as otherwise agreed to by Plaintiff and Defendant, each party will bear its own fees and costs.

DATED: August 7, 2019         FEINBERG, JACKSON, WORTHMAN & WASOW, LLP

By: */s/ Nina Wasow*
NINA WASOW
Attorneys for Plaintiff
Yuri Cardenas

DATED: August 7, 2019         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jillian O'Brien*
Jillian O'Brien
Attorneys for Defendant
Hartford Life & Accident Insurance Company

## ORDER

Pursuant to the parties' stipulation, this action is HEREBY DISMISSED. IT IS SO ORDERED.

Dated: 8/8/2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE